The People of the State of Illinois, Plaintiff-Appellee, *v.* Tommy Geater, Defendant-Appellant.

(No. 73-52; 

Second District—January 6, 1975.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Ralph Ruebner and Adam Lutynski, both of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz, of Model District State's Attorneys Office, of counsel), for the People.